1428

## MOTION DOCKET

**93–1583.** State ex rel. Taraloca Land Co. v. Fawley. *Highland County*, No. 92CA817. On request for oral argument. Request denied.

**93–1600.** Caddell v. Bur. of Workers' Comp. *Franklin County*, No. 92AP–1466. On motion for leave to file *amicus* of Association of Trial Lawyers of America instanter. Motion denied.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.